IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES JOHNSON,

      Petitioner,

v.                                  Case No. 4:16cv40-MW/EMT

JULIE JONES, et al.,

      Respondents.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.7, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 8. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Petitioner's Motion of Response to Court Order and incorporated request for voluntary dismissal, ECF No., 6, is **GRANTED**. This action is **DISMISSED**

1

without prejudice."  The Clerk shall close the file.

    **SO ORDERED on March 28, 2016.**

                                      **s/Mark E. Walker           ____**
                                      **United States District Judge**